UNITED STATES, Appellee

v

MARVIN J. MARTIN, JR., Private,
U. S. Army, Appellant

16 USCMA 125, 36 CMR 281

No. 18,989

March 11, 1966

*Colonel Joseph L. Chalk, Lieutenant Colonel Martin S. Drucker,* and *Captain Francis R. Jones* were on the brief for Appellant, Accused.

*Lieutenant Colonel Francis M. Cooper* and *Captain John D. Jackson* were on the brief for Appellee, United States.

### Opinion of the Court

QUINN, Chief Judge:

The issues presented on the appeal are the same as those considered in United States v Albert, 16 USCMA 111, 36 CMR 267. For the reasons set out in our opinion in that case, the decision of the board of review is affirmed.

Judge KILDAY concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Albert, 16 USCMA 111, 36 CMR 267, this day decided.